# Exhibit 1

AGREED BUDGET

| Vendor | Maximum Amount | Comments |
|---|---|---|
| NYC Dep't of Taxation and Finance | $300,000 | Post-petition real property taxes |
| Insurance | $0 | Insurance |
| United States Trustee | $3,000 | Quarterly Fees |
| Getzler Henrich & Associates LLC | $225,000 | Independent Officer |
| Goldberg Weprin Finkel Goldstein LLP | $25,000 | Debtors' counsel |
| Other (subject to prior approval of Lender) | $10,000 | Miscellaneous expenses directly related to preservation of assets, which are subject to the prior approval of the Lender in writing before payment |
| Real Estate Broker | $50,000 | Fees and expenses of estate-retained real estate broker(s), exclusive of sale commission. |
| **Total:** | **$613,000** | |

The above are maximum amounts.

Certain payments are subject to agreements or verifications with vendor prior to payments being agreed upon by Lender.

The Agreed Budget may be modified or amended from time to time in the sole discretion of the Lender.